1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LALITH RATNAYAKE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-2317 FWS (ADSx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: August 1, 2024<br>Trial Date:　　　April 7, 2026<br>District Judge:　Hon. Fred W. Slaughter<br>Magistrate Judge: Hon. Autumn D. Spaeth |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: March 20, 2025

/s/ Autumn D. Spaeth
Hon. Autumn D. Spaeth
United States Magistrate Judge