NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| LALITH RATNAYAKE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 8:24-cv-2317 FWS-ADS<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF CASE [22]** |

Having reviewed and considered the Joint Stipulation for Dismissal of Case [22] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITH PREJUDICE**, including all claims stated against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 13, 2026

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

1